ENTERED
LODGED

MAR 27 2019

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Western District of Washington ▾

In the Matter of the Search of )
)
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* ) Case No. MJ19-108 (1)
)
Subject Residence as more fully described in )
Attachment A )

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ Western _____ District of _____ Washington _____ *(identify the person or describe the property to be searched and give its location)*:

Subject Residence and Subject Vehicle as more fully described in Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

Evidence, fruits, and instrumentalities of the crimes of Possession of Firearms by an Alien, 18 U.S.C. 922(g)(5); Possession of Firearm During a Drug Trafficking Crime, 18 U.S.C. 924(c); Possession of Unregistered Firearms, 26 U.S.C. 5861; and Possession of Controlled Substances with Intent to Distribute, 21 U.S.C. 841(a)(1).

**YOU ARE COMMANDED** to execute this warrant on or before _April 2, 2019_ *(not to exceed 14 days)*
☑ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to _____ any available Magistrate Judge _____ .
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____ .

Date and time issued _March 19, 2019_
_9:30 AM_

City and state: _____ Seattle, Washington _____

_Judge's signature_

Mary Alice Theiler, United States Magistrate Judge
*Printed name and title*

AO 93 (Rev. 11/13) Search and Seizure Warrant (Page 2)

| Return |||
|---|---|---|
| Case No.:<br>787045-19-0021 | Date and time warrant executed:<br>3-20-19   1600 hrs | Copy of warrant and inventory left with:<br>at Residence |

Inventory made in the presence of :    Angelo  Salcepuedes  (SA)

Inventory of the property taken and name of any person(s) seized:

see attached  ATF evidence log.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:  3/26/19

_____
Executing officer's signature

Prose, Elliott (SA-ATF)
Printed name and title

Reviewed

## ATTACHMENT A

## DESCRIPTION OF RESIDENCE AND VEHICLE TO BE SEARCHED

**Subject Residence**: A multiple-story residence located at 22628 106th Avenue S.E., Kent, Washington, further described as blue in color that stands off a driveway. The residential building is clearly marked with dark numbering showing "22628."



**Subject Vehicle:** A 2005 Jeep Grand Cherokee, gray in color, bearing Washington State License Plate AGU4801 and Vehicle Identification Number (VIN) 1J8HR58215C594933.

**ATTACHMENT B**

**ITEMS TO BE SEARCHED FOR AND SEIZED**

The items to be seized are the following items or materials that may contain evidence of the commission of, the fruits of, or property which has been used as the means of committing federal criminal violations of Possession of Firearms by an Alien, in violation of 18 U.S.C. § 922(g)(5); Possession of a Firearm During a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c); Possession and Transfer of Unregistered Firearms, in violation of 26 U.S.C. 5861(d) and 5861(e), and Possession of Controlled Substances with Intent to Distribute, in violation of 21 U.S.C. § 841(a)(1):

1. <u>Weapons</u>:  Firearms, ammunition, destructive devices, and related accessories, including but not limited to: silencers, scopes, shell casings, ammunition boxes, magazines, optics, gun lights, targets, holsters, gun cleaning equipment, slings to hold rifles, trigger locks or other mechanisms used to lock firearms, and machine gun parts.

2. <u>Storage and Containers</u>:  Items used to store and distribute firearms and controlled substances, specifically methamphetamine, including safes, locked storage containers, hidden compartments, gun cases, gun lockers, gun safes, and gun storage containers.

3. <u>Transaction Records</u>: Documents such as ledgers, receipts, notes, and similar items relating to the acquisition, transportation, and distribution of firearms, destructive devices and ammunition;

4. <u>Customer and Supplier Information</u>: Items identifying firearms customers and suppliers, controlled substances customers and suppliers, such as, telephone records, personal address books, correspondence, diaries, calendars, notes with phone numbers and names, "pay/owe sheets" with amounts and prices, and similar items;

5. <u>Photographs</u>: Photographs, video tapes, digital cameras, and similar items depicting the property occupants, suspected buyers or sellers of controlled substances, firearms, controlled substances, drug distribution paraphernalia, and assets derived from the sale or purchase of firearms;

6. <u>Property and Occupancy Records</u>: Deeds, contracts, escrow documents, mortgage documents, rental documents, and other evidence relating to the purchase, ownership, rental, or control of the premises, and similar records of other property owned or rented by the occupants that is evidence of income from firearms and/or controlled substances trafficking and locations of firearms, controlled substances, and proceeds from firearms and drug trafficking.

7. <u>Communication Devices</u>: Cellular telephones and other communications devices including smartphones (i.e., iPhones, Android phones, Blackberries, and the like) may be seized, and searched for the following items:

    a.    Assigned number and identifying telephone serial number (ESN,MIN, IMSI, or IMEI);

    b.    Stored list of recent received, sent, and missed calls;

    c.    Stored contact information;

    d.    Stored photographs of narcotics, currency, firearms, or other weapons, evidence of suspected criminal activity, and/or the user of the phone or suspected co-conspirators, including any embedded GPS data associated with those photographs;

    e.    Stored photographs of real estate, or other records pertaining to the purchase, sale, lease, or renovation of real property including any embedded GPS data associated with those photographs;

    f.    Stored text messages, as well as any messages in any internet messaging apps, including but not limited to Facebook Messenger, iMessage, Wikr, Telegram, Signal, WhatsApp, and similar messaging applications.

8.    <u>Drug Paraphernalia</u>:    Items used, or to be used, to store, process, package, use, and/or controlled substances, such as plastic bags, cutting agents, scales, measuring equipment, tape, hockey or duffel bags, chemicals or items used to test the purity and/or quality of controlled substances, and similar items.

9.    <u>Trafficking Proceeds</u>:    Documents reflecting the source, receipt, transfer, control, ownership, and disposition of United States and/or foreign currency.    Negotiable instruments, jewelry, precious metals, financial instruments, and other negotiable instruments.

# ATF Evidence Log

Case #: 787045-19-0021

Date/Time: 3/20/19

Address: 22628 106th Ave SE, Kent, WA

Location/Name: Rincon-Meza's Residence

Other: _____

Team Leader: Saccepuedes

Photographer: Widmer

Schematic Artist: Petrulak

Other: EC: Prose

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | | Finder: |
|---|---|---|---|---|---|
| 1 | | | century arms Box | | Heller |
| Make/Model: | | | serial: PE 3580-2018 | Location Found: Room J on couch | |
| 2 | | | century arms Box | | Heller |
| Make/Model: last name: Macias | | | serial: PE 3580-2018 | Location Found: Room J on couch | |
| 3 | | | century arms Box | | Heller |
| Make/Model: Box: mini draco Gonzall. cortez | | | Serial/Unique #: barca serial: 3580-2018 | Location Found: Rm J on couch | |
| 4 | | | Backpack full of gang paraph | | Gagliardi |
| Make/Model: | | | | Location Found: Rm M off workshop room | |
| 5 | | | misc rounds of ammo | | merritt |
| Make/Model: 5 rounds | | | | Location Found: Rm J on floor by dresser | |
| 6 | | | (6) -12 gauge shotgun shells | | Heller |
| Make/Model: 6 total 12 gauge shells | | | | Location Found: Rm J on desk. | |
| 7 | | | Misceleanous ammo | | Perkins |
| Make/Model: misc ammo | | | | Location Found: Rm K work bench/shelf | |
| 8 | | | misc. ammo | | Perkins |
| Make/Model: misc ammo | | | | Location Found: Rm K work bench/shelf | |
| 9 | | | misc. ammo | | Helgren |
| Make/Model: misc ammo | | | | Location Found: Rm B cabinent | |
| 10 | | | Bank of America debit card | | Helgren |
| Make/Model: name: Rincon-Meza | | | | Location Found: Rm B cabinent | |
| 11 | | | Soc Sec card | | merritt |
| Make/Model: SS card | | | | Location Found: Rm K tool chest | |

Evidence Tech: _____   Signature: _____   Page: 1 of 3

# ATF Evidence Log

**Case #:**

Date/Time: _____

Address: _____

Location/Name: _____

Other: _____

Team Leader: _____

Photographer: _____

Schematic Artist: _____

Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Finder: |
|---|---|---|---|---|
| 12 | | | glass narcotic pipe | Helgren |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** Rm B (counter west wall) Bottom |
| 13 | | | smith wesson mag | Helgren |
| **Make/Model:** smith wesson 14 round mag | | | **Serial/Unique #:** | **Location Found:** Rm B west cabinent |
| 14 | | | white powder (suspected meth) | salcepuedes |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** Rm B drawer Below oven |
| 15 | | | plastic Bags | salcepuedes |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** Rm B drawer below oven |
| 16 | | | rubber made container full of misc. ammo | merritt |
| **Make/Model:** misc. ammo | | | **Serial/Unique #:** | **Location Found:** Attic off Rm K |
| 17 | | | springfield .22 calib. rifle | Pinkerton |
| **Make/Model:** Springfield | | | **Serial/Unique #:** | **Location Found:** Rm G next to night stand |
| 18 | | | Assorted ammo | Pinkerton |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** Rm 6 night stand near door |
| 19 | | | assorted .40 cal ammo | pinkerton |
| **Make/Model:** 2 rounds | | | **Serial/Unique #:** | **Location Found:** RM G top of long dresser |
| 20 | | | one round of .22 caliber ammo | Jones, W. |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** Rm 6 sw corden on dresser |
| 21 | | | Apple Ipad | Grigore |
| **Make/Model:** Apple I pad | | | **Serial/Unique #:** DMPM6Q(4FK11 | **Location Found:** corner couch Rmc |
| 22 | | | scales | Grigore |
| **Make/Model:** | | | **Serial/Unique #:** | **Location Found:** RMC coff. table |

Evidence Tech: _____  Signature: _____  Page: 2 of 3

# ATF Evidence Log

Case #: _____

Date/Time: _____
Address: _____
Location/Name: _____
Other: _____

Team Leader: _____
Photographer: _____
Schematic Artist: _____
Other: _____

## Property Seized

| Item # | NForce # | Photo # | Description (e.g., Quantity, Type, Caliber, Importer, Markings, Color, Headstamp, Value, etc.): | Serial/Unique #: | Location Found: | Finder: |
|---|---|---|---|---|---|---|
| 23 | | | inducia/ photograph | | | Jones, W. |
| Make/Model: | | | | | RM G closet | |
| 24 | | | inducia of ownership | | | grigore |
| Make/Model: Boa / Rentel car | | | | | RM C tv stand | |
| 25 | | | DVR silver in color | 06060315 | RM G | salcepueder |
| Make/Model: | | | | | | |
| 26 | | | assorted misc. ammo | | | merritt |
| Make/Model: 7 total misc. rounds | | | | | RM B west counter drawer | |
| 27 | | | 1 round of .22 caliber round | | | Helgren |
| Make/Model: 1 round of .22 caliber ammy | | | | | RM B west counter drawer | |
| 28 | | | Assorted Ammo Back porch | | | Gigliardi |
| Make/Model: | | | | | Back porch | |
| 29 | | | Receipts of firearm purchases | | | Gigliardi |
| Make/Model: | | | | | Back porch | |
| 30 | | | magazine / stripper clips(5) | | | merritt |
| Make/Model: magazine / stripper clips | | | | | Attic off Rm K | |
| 31 | | | assorted ammo | | | merritt |
| Make/Model: assorted ammo | | | | | Attic off RmK | |
| 32 | | | 2 ammo cans associated w/ item 16 | | | merritt |
| Make/Model: ammo cans (2) | | | | | Attic off Rm K | |
| | | | | | | |
| Make/Model: | | | | | | |

Evidence Tech: _____     Signature: _____     Page: 3 of 3